[No. 46566-0-I.   Division One.   July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01231-2, George T. Mattson, J., entered April 14, 2000. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 46684-4-I.   Division One.   July 30, 2001.]

TERANCE WHITE, *Appellant*, v. PETER DAPPER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-22791-3, Donald D. Haley, J., entered April 17, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46722-1-I.   Division One.   July 30, 2001.]

*In the Matter of the Parentage of* J.K.N.

BRADFORD PETER HOFMAN, *Appellant*, v. RUBY PADILLA NEMENZO, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-5-00040-5, Anita L. Farris, J., entered May 2, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46798-1-I.   Division One.   July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO SANTIAGO-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50839-1, Philip G. Hubbard, Jr., J., entered May 9, 2000. *Affirmed in part and reversed in part* by unpublished per curiam opinion.